# Complaint Exhibit 5

CMS Newsroom

Fact Sheets Dec 15, 2025

# Upcoming Update to the Final Local Coverage Determinations (LCDs) for Certain Skin Substitutes

Coverage

Share

**Upcoming Update to the Final Local Coverage Determinations (LCDs) for Skin Substitute Grafts/Cellular and Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers**

All seven of CMS' A/B Medicare Administrative Contractors (MACs) will issue updated Final Local Coverage Determinations (LCDs) for Skin Substitute Grafts/Cellular and Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers that will be effective January 1, 2026.

The LCDs provide access to multiple evidence-based skin substitute products for Medicare beneficiaries with diabetic foot ulcers and venous leg ulcers. The LCDs only apply to these indications and do not impact payment of these products for other uses. They also describe important frequency and utilization limits that promote patient safety and reasonable use of these products.

Under the Trump Administration's leadership, the effective date of the original LCDs was delayed for CMS to review coverage policies for skin substitute products, and an additional six-month period was granted when stakeholders could submit high quality evidence of effectiveness for these products. CMS received evidence submissions for 66 skin substitute products by the November 1, 2025, deadline. Products were categorized into three groups:

- **Coverage:** Products meeting the evidence threshold outlined in the LCDs that will be covered by Medicare beginning January 1, 2026.
- **Non-Covered:** Products for which manufacturers have *not* to date submitted adequate evidence that their products meet the reasonable and necessary standard or identified any ongoing relevant research.
- **12-Month Status Quo Period:** Products that have published interim results, published or submitted protocols, have an assigned clinical trial number, or demonstrated ongoing clinical trial or peer reviewed investigational research published between the posting date of the proposed LCDs and November 1, 2025.

The updated final LCDs do not establish a coverage policy for the products in the 12-month status quo category. As is always the case, a product with neither a positive or a negative LCD coverage determination must nevertheless meet the “reasonable and necessary” standard in section 1862(a)(1)(A) of the Social Security Act and any other applicable requirements in order to be paid. At the MACs’ discretion, the products can be paid for (i.e. MACs will make individual claim determinations), while the product sponsors complete their studies. At the conclusion of the 12-month status quo period, the MACs will initiate a reconsideration of the LCDs, reviewing any evidence received by December 31, 2026. The MACs will also reconsider coverage for products non-covered under the LCDs if sponsors submit additional evidence that demonstrates that the product is reasonable and necessary for the Medicare population. The reconsideration of the LCDs is scheduled for release in early 2027.

This approach balances evidence-based coverage standards while recognizing manufacturers' good-faith efforts to meet clinical evidence standards for coverage and minimizes market disruption, while still distinguishing between products based on the quality of evidence submitted. The MACs will provide manufacturers with clear information about what health outcomes and research they expect to see in future submissions.

The MACs have identified 18 covered products including one product that submitted new research in 2025. During the 2025 evidence review period, the MACs determined that eight of the 66 evidence submissions for skin substitute products were reports of interventional randomized controlled trials (RCTs). Of

those, Grafix Prime met the evidence threshold and was added to the covered group. Grafix Prime's RCT was published on April 16, 2025, along with corroborating evidence.

**Table 1. List of Covered Products (18 Codes)**

| Code | Product | Company |
|---|---|---|
| Q4203 | Derma-gide | Geistlich and Stimlab |
| Q4105 | Integra or Omniograft dermal regeneration template | Integra LifeSciences |
| Q4110 | Primatrix | Integra LifeSciences |
| A2019 | Kerecis Omega3 marigen shield | Kerecis |
| Q4158 | Kerecis Omega3 | Kerecis |
| Q4186 | Epifix | MIMEDX Group |
| Q4187 | Epicord | MIMEDX Group |
| Q4128 | FlexHD/ AllopathHD/ Allopatch pliable/ Matrix HD | MTF Biologics |
| Q4151 | Amnioband or guardian | MTF Biologics |
| Q4101 | Apligraft | Organogenesis |
| Q4106 | Dermagraft | Organogenesis |

| Code | Product | Company |
|---|---|---|
| Q4159 | Affinity | Organogenesis |
| Q4160 | NuShield | Organogenesis |
| Q4102 | Oasis wound matrix | Smith & Nephew |
| Q4133 | Grafix prime | Smith & Nephew |
| Q4121 | Theraskin | LifeNet Health |
| Q4107 | Graftjacket | Stryker |
| Q4122 | DermACELL | Stryker and LifeNet Health |

**Table 2. List of MAC Discretion Products (154 Codes)**

| Code | Product | Company |
|---|---|---|
| Q4119 | Matristem wound matrix, per square centimeter | Acell |
| Q4120 | Matristem burn matrix, per square centimeter | Acell |
| A2007 | Restrata, per square centimeter | Acera Surgical |
| A2027 | Matriderm, per square centimeter | Acess Pro Medical |

| Code | Product | Company |
|---|---|---|
| Q4293 | Acesso dl, per square centimeter | Acesso Biologics |
| Q4300 | Acesso tl, per square centimeter | Acesso Biologics |
| Q4311 | Acesso, per square centimeter | Acesso Biologics |
| Q4312 | Acesso ac, per square centimeter | Acesso Biologics |
| Q4386 | Acesso trifaca, per square centimeter | Acesso Biologics |
| Q4368 | Amchothick, per square centimeter | Alerce Biologics |
| Q4323 | Alloply, per square centimeter | AlloSource |
| Q4354 | Palingen dual-layer membrane, per square centimeter | Amnio Technology |
| Q4363 | Amnio burgeon membrane and hydromembrane, per square centimeter | Amnio Technology |
| Q4364 | Amnio burgeon xplus membrane and xplus hydromembrane, per square centimeter | Amnio Technology |
| Q4365 | Amnio burgeon dual-layer membrane, per square centimeter | Amnio Technology |
| Q4366 | Dual layer amnio burgeon x-membrane, per square centimeter | Amnio Technology |

| Code | Product | Company |
|---|---|---|
| A2032 | Myriad matrix, per square centimeter | Aora |
| Q4385 | Apollo ft, per square centimeter | Apollo Therapeutics |
| Q4358 | Xwrap dual, per square centimeter | Applied Biologics |
| Q4204 | Xwrap, per square centimeter | Applied Biologics |
| Q4357 | Xwrap plus, per square centimeter | Applied Biologics |
| A2009 | Symphony, per square centimeter | Aroa Biosurgery |
| Q4154 | Biovance, per square cm | Arthrex |
| Q4283 | Biovance tri-Layer or biovance 3L, per square centimeter | Arthrex |
| Q4390 | Ascendion, per square centimeter | Ascension Biologics |
| A2036 | Cohealyx collagen dermal matrix | Avita Medical |
| Q4331 | Axolotl graft, per square centimeter | Axolopl Biologix |
| Q4332 | Axolotl dualgraft, per square centimeter | Axolopl Biologix |
| Q4373 | Membrane wrap lite, per square centimeter | Biolab Holdings |

| Code | Product | Company |
|---|---|---|
| Q4290 | Membrane wrap-hydro, per square centimeter | BioLab Sciences |
| Q4344 | Tri-membrane wrap, per square centimeter | BioLab Sciences |
| A2034 | Foundation drs solo | Bionova Medical |
| Q4265 | Neostim tl, per square centimeter | BioNTech |
| Q4266 | Neostim membrane, per square centimeter | BioNTech |
| Q4267 | Neostim dl, per square centimeter | BioNTech |
| Q4252 | Vendaje, per square centimeter | BioStem Technologies |
| Q4279 | Vendaje ac, per square centimeter | BioStem Technologies |
| Q4148 | Neox cord 1K, Neox Cord RT, Clarix Cord 1K, per square centimeter | BioTissue |
| Q4156 | Neox 100 or clarix 100, per square centimeter | BioTissue |
| Q4318 | E-graft, per square centimeter | Biovotec |
| Q4349 | Mantle dl matrix, per square centimeter | BioWound Solutions |

| Code | Product | Company |
|---|---|---|
| Q4352 | Overlay sl matrix, per square centimeter | BioWounds |
| Q4371 | Neoguard, per square centimeter | C5 Biomedical |
| Q4316 | Amchoplast, per square centimeter | Cellution Biologics |
| Q4360 | Amchoplast fd, per square centimeter | Cellution Biologics |
| Q4369 | Amnioplast 3, per square centimeter | Cellution Biologics |
| Q4391 | Amnioplast double, per square centimeter | Cellution Biologics |
| Q4395 | Acelagraft, per square centimeter | Celularity |
| Q4396 | Natalin, per square centimeter | Celularity |
| A2039 | Innovamatrix fd | Convatec |
| A2001 | Innovamatrix ac, per square centimeter | Convatec Triad Life Science |
| A2013 | Innovamatrix fs, per square centimeter | Convatec Triad Life Science |
| Q4164 | Helicoll, per square centimeter | EnColl |
| A2002 | Mirragen advanced wound matrix, per square centimeter | ETS Tech Holdings |

| Code | Product | Company |
|---|---|---|
| Q4313 | Dermabind fm, per square centimeter | Global Supply Exchange |
| A2005 | Microlyte, Matrix, per square centimeter | Imbed Biosciences |
| Q4166 | Cytal, per square centimeter (formerly Matristem) | Integra LifeSciences |
| Q4137 | Amnioexcel, Amnioexcel plus or biodexcel, per square centimeter | Integra LifeSciences |
| Q4359 | Choriply, per square centimeter | International Tissue Company |
| A2038 | Marigen pacto | Kerecis |
| Q4276 | Orion, per square centimeter | Legacy Medical Consultants |
| Q4314 | Reeva ft, per square centimeter | Legacy Medical Consultants |
| Q4334 | Amnioplast 1, per square centimeter | LifeCell International |
| Q4335 | Amnioplast 2, per square centimeter | LifeCell International |
| Q4315 | Regenelink amniotic membrane allograft, per square centimeter | LifeLink Tissue Bank |

| Code | Product | Company |
|---|---|---|
| A2008 | Theragenesis per square centimeter | LifeNet Health |
| Q4201 | Matrion, per square centimeter | LifeNet Health |
| Q4127 | Talymed, per square centimeter | Marine Polymer Technologies |
| Q4248 | Dermacyte amniotic membrane allograft, per square centimeter | Merakris Therapeutics |
| Q4343 | Dermacyte ac matrix amniotic membrane allograft, per square centimeter | Merakris Therapeutics |
| Q4361 | Epixpress, per square centimeter | MIMEDX Group |
| Q4278 | Epieffect, per square centimeter | MIMEDX Group |
| Q4165 | Keramatrix or Kerasorb, per square centimeter | Molecular Biologics |
| Q4379 | Amniodefend ft matrix, per square centimeter | MTF Biologics |
| Q4393 | Surgraft ac, per square centimeter | MTF Biologics |
| Q4394 | Surgraft aca, per square centimeter | MTF Biologics |
| Q4380 | Advograft one, per square centimeter | New Horizon Medical Solutions |

| Code | Product | Company |
|---|---|---|
| Q4353 | Xceed tl matrix, per square centimeter | New Horizons Medical/ Hylen |
| Q4372 | Amchoplast excel, per square centimeter | New Horizons Medical/ Hylen |
| Q4382 | Advograft dual, per square centimeter | New Horizons Medical/ Hylen |
| Q4383 | Axolotl graft ultra, per square centimeter | NeXtGen biologics |
| Q4384 | Axolotl dualgraft ultra, per square centimeter | NeXtGen biologics |
| Q4397 | Summit aaa, per square centimeter | NovaBone |
| Q4387 | Neothelium ft, per square centimeter | NSM Biologics |
| Q4388 | Neothelium 4l, per square centimeter | NSM Biologics |
| Q4389 | Neothelium 4l+, per square centimeter | NSM Biologics |
| Q4346 | Shelter dm matrix, per square centimeter | Nvision Biomedical Technologies |
| Q4350 | Palisade dm matrix, per square centimeter | Nvision Biomedical Technologies |
| Q4195 | Puraply, per square centimeter | Organogenesis |

| Code | Product | Company |
|---|---|---|
| Q4196 | Puraply, am, per square centimeter | Organogenesis |
| Q4197 | Puraply xt, per square centimeter | Organogenesis |
| Q4322 | Caregraft, per square centimeter | Organogenesis |
| Q4172 | Puraply or puraply am, per square centimeter | Organogenesis |
| A2006 | Novosorb Synpath Dermal Matrix, per square centimeter | Poly Novo |
| A2011 | Supra sdrm, per square centimeter | Polymedics Innovation |
| Q4342 | Theramend, per square centimeter | Ponya Therapeutics |
| Q4222 | Progenamatrix, per square centimeter | Progenamatrix Global |
| Q4370 | Aeroguard, per square centimeter | Reckitt Benckiser |
| Q4324 | Amniotx, per square centimeter | RegenTX/Tiger BioScience |
| Q4325 | Acapatch, per square centimeter | RegenTX/Tiger BioScience |
| Q4378 | Renew ft matrix, per square centimeter | RenewMed |

| Code | Product | Company |
|---|---|---|
| A2031 | Mirodry, per square centimeter | Reprise Biomedical |
| Q4175 | Miroderm, per square centimeter | Reprise Biomedical |
| Q4238 | Derm-maxx, per square centimeter | Royal Biologics |
| Q4239 | Amnio-maxx or amnio-maxx lite, per square centimeter | Royal Biologics |
| Q4355 | Abiomend xplus membrane and abiomend xplus hydromembrane, per square centimeter | Royal Biologics |
| Q4356 | Abiomend membrane and abiomend hydromembrane, per square centimeter | Royal Biologics |
| Q4345 | Matrix hd allograft dermis, per square centimeter | RTI Surgical, Inc now Enovis |
| Q4328 | Most, per square centimeter | Samaritian Biologics |
| Q4270 | Complete sl, per square centimeter | Samaritian Biologics |
| Q4271 | Complete ft, per square centimeter | Samaritian Biologics |
| Q4302 | Complete aca, per square centimeter | Samaritian Biologics |
| Q4303 | Complete aa, per square centimeter | Samaritian Biologics |
| Q4327 | Duoamnion, per square centimeter | Samaritian Biologics |

| Code | Product | Company |
|---|---|---|
| Q4330 | Total, per square centimeter | Samaritian Biologics |
| Q4348 | Sentry sl matrix, per square centimeter | Sequence Life Science |
| Q4351 | Enclose tl matrix, per square centimeter | Sequence Life Science |
| Q4163 | Woundex, BioSkin, per square centimeter | Skye Biologics |
| Q4124 | Oasis tri-layer wound, per square centimeter | Smith & Nephew |
| Q4132 | Grafix core, grafixpl core, per square centimeter | Smith & Nephew |
| Q4392 | Grafix duo, per square centimeter | Smith & Nephew |
| Q4227 | Amniocore, per square centimeter | Stability |
| Q4298 | Amniocore pro, per square centimeter | Stability |
| Q4299 | Amniocore pro+, per square centimeter | Stability |
| Q4367 | Amniocore sl, per square centimeter | Stability Biologics |
| Q4257 | Relese, per square centimeter | StimLab |
| Q4209 | Surgraft, per square centimeter | Surgenex |

| Code | Product | Company |
|---|---|---|
| Q4263 | Surgraft tl, per square centimeter | Surgenex |
| Q4317 | Vitograft, per square centimeter | Surgenex |
| Q4319 | Sanograft, per square centimeter | Surgenex |
| Q4320 | Pellograft, per square centimeter | Surgenex |
| Q4321 | Renograft, per square centimeter | Surgenex |
| Q4333 | Ardeograft, per square centimeter | Surgenex |
| A2010 | Apis, per square centimeter | Sweet Bio |
| Q4336 | Artacent c, per square centimeter | Tides Medical |
| Q4337 | Artacent trident, per square centimeter | Tides Medical |
| Q4338 | Artacent velos, per square centimeter | Tides Medical |
| Q4339 | Artacent vericlen, per square centimeter | Tides Medical |
| Q4169 | Artacent wound, per square centimeter | Tides Medical |
| Q4190 | Artacent am, per square centimeter | Tides Medical |
| Q4375 | Duograft ac, per square centimeter | Tiger Wound Care |
| Q4376 | Duograft aa, per square centimeter | Tiger Wound Care |

| Code | Product | Company |
|---|---|---|
| Q4377 | Trigraft ft, per square centimeter | Tiger Wound Care |
| Q4301 | Activate matrix, per square centimeter | Tissue Reference Group |
| Q4152 | Dermapure, per square centimeter | Tissue Regenix |
| Q4347 | Rampart dl matrix, per square centimeter | Tribal |
| Q4362 | Cygnus disk, per square centimeter | Vivex Biomedicals |
| Q4170 | Cygnus, per square centimeter | Vivex Biomedicals |
| Q4199 | Cygnus, matrix, per square centimeter | Vivex Biomedicals |
| Q4282 | Cygnus dual, per square centimeter | Vivex Biomedicals |
| Q4224 | Human health factor 10 amniotic patch (hhf10-p) | Wolver & Poole |
| Q4340 | Simpligraft, per square centimeter | Xtant Medical |
| Q4341 | Simplimax, per square centimeter | Xtant Medical |
| Q4329 | Singlay, per square centimeter | |

**Table 3. List of Non-Covered Products (158 Codes)**

| Code | Product | Company |
| --- | --- | --- |
| Q4116 | AlloDerm, per square centimeter | Abbvie |
| Q4130 | Strattice TM, per square centimeter | Abbvie |
| A2020 | Ac5 advanced wound system (ac5) | Ac5 Advanced Wound System |
| Q4118 | Matristem micromatrix, 1 mg | Acell |
| A2026 | Restrata minimatrix, 5 mg | Acera Surgical |
| Q4167 | Truskin, per square centimeter | Acesso Biologics |
| Q4153 | Dermavest, plurivest, per square centimeter | AediCell |
| Q4171 | Interfyl, 1 mg | Alliqua BioMedical |
| Q4115 | Alloskin, per square centimeter | AlloSource |
| Q4123 | Alloskin RT, per square centimeter | AlloSource |
| Q4141 | Alloskin ac, 1 cm | AlloSource |
| Q4150 | Allowrap DS or DRY, per square centimeter | AlloSource |
| Q4253 | Zenith amniotic membrane, per square centimeter | Amnio Solutions |

| Code | Product | Company |
|---|---|---|
| Q4173 | Palingen or palingen xplus, per square centimeter | Amnio Technology |
| Q4174 | Palingen or Promatrx, 0.36 mg per 0.25cc | Amnio Technology |
| Q4117 | Hyalomatrix, per square centimeter | Anika Therapeutics |
| A2033 | Myriad morcells, 4 mg | Aora |
| A2021 | Neomatrix, per square centimeter | Arch Therapeutics |
| Q4125 | Arthroflex, per square centimeter | Arthrex |
| Q4210 | Axolotl graft or xxolotl dualgraft, per square centimeter | Axolopl Biologix |
| Q4215 | Axolotl ambient or axolotl cryo, 0.1mg | Axolopl Biologix |
| Q4134 | Hmatrix, per square centimeter | Bacterin Biologics |
| Q4205 | Membrane graft or membrane wrap, per square centimeter | BioLab Sciences |
| Q4155 | NeoFlo or ClariFlo, 1 mg | BioTissue |
| Q4188 | Amnioarmor, per square centimeter | Bone Bank Allograft |
| Q4149 | Excellagen, 0.1cc | Cardium Therapeutics |

| Code | Product | Company |
|---|---|---|
| Q4250 | Amnioamp-MP, per square centimeter | CellGenuity |
| Q4262 | Impax dual layer membrane, Impax and Impax dual layer amniotic graft, per square centimeter | Comprehensive Biological Solutions |
| A2022 | Innovaburn or Innovamatrix xl | Convatec Triad Life Science |
| A2023 | Innovamatrix pd 1mg | Convatec Triad Life Science |
| Q4208 | Novafix, per square centimeter | Convatec Triad Life Science |
| Q4254 | Novafix dl, per square centimeter | Convatec Triad Life Science |
| Q4176 | Neopatch or Therion, per square centimeter | CryoLife |
| Q4142 | XCM biologic tissue matrix, per square centimeter | Depuy Synthes |
| Q4221 | Amniowrap2, per square centimeter | Direct Biologics |
| Q4228 | Bionextpatch, per square centimeter | Dyamed Biotech |
| Q4297 | Emerge matrix, per square centimeter | EMERGE |

| Code | Product | Company |
|---|---|---|
| Q4241 | Polycyte, for topical use only, per 0.5cc | EOCCO |
| Q4272 | Esano a, per square centimeter | Evolution Biologix |
| Q4273 | Esano aaa, per square centimeter | Evolution Biologix |
| Q4274 | Esano ac, per square centimeter | Evolution Biologix |
| Q4275 | Esano aca per square centimeter | Evolution Biologix |
| A2024 | Resolve matrix | Extremity Care |
| Q4191 | Restorigin, per square centimeter | Extremity Care |
| Q4236 | Carepatch, per square centimeter | Extremity Care |
| Q4244 | Procenta, per 200 mg | Extremity Care |
| Q4285 | Nudyn dl or nudyn dl mesh, per square centimeter | Fidia Pharma |
| Q4286 | Nudyn sl or nudyn slw, per square centimeter | Fidia Pharma |
| Q4177 | Floweramnioflo, 0.1 cc | Flower Orthopedics |
| Q4178 | Floweramniopatch, per square centimeter | Flower Orthopedics |

| Code | Product | Company |
|---|---|---|
| Q4179 | Flowerderm, per square centimeter | Flower Orthopedics |
| Q4261 | Tag, per square centimeter | Flower Orthopedics |
| A2037 | G4derm plus | Gel4Med |
| Q4198 | Genesis amnio membrane, per square centimeter | Genesis Biologics |
| Q4220 | Bellacell HD or Surederm, per square centimeter | HansBioMed |
| Q4147 | Architect ecm px fx 1 sq cm | Harbor MedTech |
| Q4225 | DermaBind tl or Amniobind, per square centimeter | Healthtech wound care |
| Q4284 | Dermabind sl, per square centimeter | Healthtech wound care |
| Q4287 | Dermabind dl, per square centimeter | Healthtech wound care |
| Q4288 | Dermabind ch, per square centimeter | Healthtech wound care |
| Q4305 | American amnion, ac tri-layer, per square centimeter | Home-Amnio Technology |

| Code | Product | Company |
| --- | --- | --- |
| Q4306 | American amnion, ac, per square centimeter | Home-Amnio Technology |
| Q4307 | American amnion, per square centimeter | Home-Amnio Technology |
| A2028 | Micromatrix flex, per m | Integra LifeSciences |
| C9358 | SurgiMend Collagen Matrix (fetal bovine), per 0.5 sq cm | Integra LifeSciences |
| C9360 | SurgiMend Collagen Matrix (neonatal bovine), per 0.5 sq cm | Integra LifeSciences |
| C9363 | Integra Meshed Bilayer Wound Matrix | Integra LifeSciences |
| Q4104 | Integra bilayer dermal matrix wound dressing, per square centimeter | Integra LifeSciences |
| Q4108 | Integra Matrix | Integra LifeSciences |
| Q4114 | Integra flowable wound matrix, injectable, 1 cc | Integra LifeSciences |
| Q4138 | BioDFence dryflex, per square centimeter | Integra LifeSciences |
| Q4139 | Amniomatrix or Biomatrix, injectable, 1 cc | Integra LifeSciences |

| Code | Product | Company |
|---|---|---|
| Q4140 | Biodefence, per square centimeter | Integra LifeSciences |
| Q4249 | Amniply, for topical use only, per square centimeter | International Tissue |
| Q4291 | Lamellas xt, per square centimeter | Keyport Management |
| Q4292 | Lamellas, per square centimeter | Keyport Management |
| Q4113 | Graftjacket Xpress, injectable, 1 cc | Kinetic Concepts |
| Q4157 | Revitalon, per square centimeter | Medline |
| C9364 | Porcine implant, Permacol, per square centimeter | Medtronic |
| Q4247 | Amniotext patch, per square centimeter | Merakris Therapeutics |
| Q4145 | EpiFix injectable, 1 mg | MIMEDX Group |
| Q4161 | Bio-connekt wound matrix, per square centimeter | MLM Biologics |
| Q4202 | Keroxx (2.5G/CC), 1 cc | Molecular Biologics |
| Q4136 | EZ-derm, per square centimeter | Molnlycke |

| Code | Product | Company |
|---|---|---|
| Q4168 | Amnioband particulate, 1 mg | MTF Biologics |
| Q4255 | Reguard, for topical use, per square centimeter | New Life Medical Sciences |
| Q4259 | Celera dual layer or celera dual membrane, per square centimeter | Nvision Biomedical Technologies |
| A2014 | Omeza collagen matrix, per 100 mg | Omeza |
| Q4194 | Novachor, per square centimeter | Organogenesis |
| Q4192 | Restorigin, 1 cc | Parametrics Medical |
| Q4193 | Coll-e-derm, per square centimeter | Parametrics Medical |
| Q4310 | Procenta per 100mg | Parametrics Medical |
| Q4242 | Amniocyte plus, per 0.5cc | Pedictive Biotech |
| Q4234 | Xcellerate, per square centimeter | Percise, bioScience |
| Q4280 | Xcell amnio matrix, per square centimeter | Percise, bioScience |
| Q4264 | Cocoon membrane, per square centimeter | Pinacle Transplant Technologies |
| Q4200 | Skin te, per square centimeter | PolariTE |

| Code | Product | Company |
|---|---|---|
| A2012 | Suprathel, per square centimeter | Polymedics Innovation |
| Q4226 | MyOwnSkin, per square centimeter | Progress Medical |
| Q4111 | Gammagraft, per square centimeter | Prometheran LifeScience |
| Q4143 | Repriza, per square centimeter | Prometheran LifeScience |
| A2004 | Xcellistem, 1 mg | Regenerative Tissue Technologies |
| Q4240 | Corecyte, for topical use only, per 0.5cc | Regenexx |
| Q4281 | Barrera SL or barrera dl per square centimeter | RegenTX |
| Q4245 | Amniotext, per cc | Regnerex |
| Q4246 | Coretext or protext, per cc | Regnerex |
| A2015 | Phoenix wound matrix, per square centimeter | RenovoDerm |
| Q4308 | Sanopellis, per square centimeter | Renu Medical |
| A2025 | Micro3d | Reprise Biomedical |

| Code | Product | Company |
|---|---|---|
| A2030 | Micro3d per mg | Reprise Biomedical |
| Q4289 | Revoshield + amniotic barrier, per square centimeter | RevoGen Biologics |
| Q4237 | Cryo-cord, per square centimeter | Royal Biologics |
| Q4296 | Rebound matrix, per square centimeter | Sequence Life Science |
| Q4260 | Signature apatch, per square centimeter | Signature biologics |
| Q4217 | Woundfix, Biowound, Woundfix plus, biowound plus, Woundfix xplus or biowound xplus, per square centimeter | Skye Biologics |
| Q4277 | Woundplus membrane or e-graft, per square centimeter | Skye Biologics |
| Q4326 | Woundplus, per square centimeter | Skye Biologics |
| Q4103 | Oasis burn matrix, per square centimeter | Smith & Nephew |
| Q4304 | Grafix plus, per square centimeter | Smith & Nephew |
| Q4294 | Amnio quad-core, per square centimeter | Stability |

| Code | Product | Company |
|---|---|---|
| Q4295 | Amnio-tri-core amniotic, per square centimeter | Stability |
| A2016 | Permeaderm b, per square centimeter | Stedical Scientific |
| A2017 | Permeaderm glove, each | Stedical Scientific |
| A2018 | Permeaderm c, per square centimeter | Stedical Scientific |
| A2035 | Corplex p or theracor p or allacor p | StimLab |
| Q4180 | Revita, per square centimeter | StimLab |
| Q4229 | Cogenex amniotic membrane, per square centimeter | StimLab |
| Q4230 | Cogenex flowable amnion, per 0.5cc | StimLab |
| Q4231 | Corplex P, per cc | StimLab |
| Q4232 | Corplex, per square centimeter | StimLab |
| Q4258 | Enverse, per square centimeter | StimLab |
| Q4268 | Surggraft ft, per square centimeter | Surgenex |
| Q4269 | Surggraft xt, per square centimeter | Surgenex |
| Q4183 | Surgigraft, per square centimeter | Synergy Biologics |

| Code | Product | Company |
|---|---|---|
| Q4218 | Surgicord, per square centimeter | Synergy Biologics |
| Q4219 | Surgigraft-dual, per square centimeter | Synergy Biologics |
| Q4182 | TransCyte, per square centimeter | Takeda Pharmaceuticals |
| Q4189 | Artacent ac, 1 mg | Tides Medical |
| Q4213 | Ascent, 0.5 mg | Tides Medical |
| Q4216 | Artacent cord, per square centimeter | Tides Medical |
| Q4256 | Mgl-complete, per square centimeter | Tides Medical |
| Q4185 | Cellesta flowable amnion (25mg per cc), per 0.5cc | Ventris Medical |
| Q4214 | Cellesta cord, per square centimeter | Ventris Medical |
| Q4184 | Cellesta or Cellesta Duo, per square centimeter | Ventris Medical |
| Q4212 | Allogen, per cc | VIVEX |
| Q4309 | Via Matrix, per square centimeter | Vivex Biomedicals |
| Q4146 | Tensix, per square centimeter | Wright Medical |

| Code | Product | Company |
|---|---|---|
| Q4162 | Woundex flow, Bioskin flow, 0.5 cc | Wright Medical |
| Q4126 | Memoderm, Dermaspan, Tranzgraft, or Integuply, per square centimeter | Zimmer Biomed |
| Q4235 | Amniorepair or Altiply | Zimmer Biomed |
| Q4206 | Fluid flow or fluid gf, 1 cc | |
| Q4211 | Amnio bio or axobiomembrane, per square centimeter | |
| Q4251 | VIM, per square centimeter | |
| Q4112 | Cymetra, injectable, 1 cc | |
| Q4129 | Unite Biomatrix | |
| Q4135 | Mediskin, per square centimeter | |
| Q4181 | Amnio Wound, per square centimeter | |
| Q4233 | Surfactor or Nudyn, per 0.5cc | |

**Frequently Asked Questions (FAQs)**

**FAQ 1 – Has coverage changed for products on the MAC Discretion (12-month status quo) list?**

**Q:** My product is on CMS's "MAC Discretion" / 12-month status quo list in the updated skin substitute LCDs. Has Medicare coverage changed for these

products as of January 1, 2026?

**A:** No new LCD coverage policy (positive or negative) has been established for products in the 12-month status quo category. Products in the status quo category will continue to be paid as they have been previously. What is notable about the LCDs is the 158 products that will no longer be covered.

**FAQ 2 – Will products on the MAC Discretion list be reimbursed by the MACs?**

**Q:** Will Medicare Administrative Contractors (MACs) reimburse claims for skin substitute products that are on the MAC Discretion list?

**A:** The LCDs will not make product-specific changes that affect payment for the items listed on the MAC Discretion list. During the 12-month status quo period, products in the status quo category will continue to be paid in accordance with statutory and regulatory criteria. It has always been the case that claims must demonstrate that the service is "reasonable and necessary" under section 1862(a)(1)(A) of the Social Security Act and satisfy all other applicable Medicare coverage, coding, and billing requirements. That requirement remains in place and should be interpreted as it has been historically.

**FAQ 3 – Why is there a "status quo" category rather than just covered and non-covered?**

Q. Why is there a "status quo" category rather than just covered and non-covered?

A. CMS previously issued a request that any additional clinical evidence for these products should be submitted by November 1, 2025. However, many product sponsors were not able to complete studies and submit final results in that timeframe. The intent of this policy is to establish a non-coverage LCD for the products that the MACs believe should not be covered while preserving access for beneficiaries for the other products for which additional evidence is being generated. After this 12-month status quo period, the MACs will reconsider the LCDs and review evidence submitted for products in the status quo category through December 31, 2026, with new LCDs under the reconsideration process scheduled for release in early 2027.

For more information on the LCD process, see https://www.cms.gov/cms-guide-medical-technology-companies-and-other-interested-parties/coverage/local-coverage-determination-process-and-timeline.

For additional information on CMS's efforts to reduce Medicare spending waste for skin substitutes, see the following:

Press release, "CMS Modernizes Payment Accuracy and Significantly Cuts Spending Waste": https://www.cms.gov/newsroom/press-releases/cms-modernizes-payment-accuracy-significantly-cuts-spending-waste.

Fact Sheet, Calendar Year 2026 Medicare Physician Fee Schedule Final Rule (CMS-1832-F): https://www.cms.gov/newsroom/fact-sheets/calendar-year-cy-2026-medicare-physician-fee-schedule-final-rule-cms-1832-f.

*Note: This fact sheet was updated on December 16, 2025.*

###

Get CMS news at cms.gov/newsroom, sign up for CMS news via email and follow CMS on X @CMSgov

**Previous Newsroom Article**

CMS.gov

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244